IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMAR LELAND,

    Plaintiff,

vs.                                        CASE NO. 4:06cv568-SPM/WCS

DANIEL EDGE,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated September 22, 2008 (doc. 49). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 49) is ADOPTED and incorporated by reference in this order.

2.    Defendant's motion for summary judgment (doc. 34) is granted in part. Plaintiff's claims for damages, except for nominal damages of one dollar,

are dismissed without prejudice.  Defendant's motion for summary judgment is denied in all other respects.

DONE AND ORDERED this 22nd day of October, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO. 4:06cv568-SPM/WCS